IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                              Case No 1:13-cr-10026-008

SANJUANA N. AARON                                                                       DEFENDANT

### ORDER

Defendant, SANJUANA AARON was placed on conditions of pretrial release on October 7, 2013. ECF No. 32. On December 16, 2013 the Court entered an Order Amending Conditions of Release. ECF No. 89. Defendant now seeks to amend her conditions of pretrial release again, asking to be allowed to be released from home incarceration in order to find employment. Defendant indicates the Government does not object to the request provided Defendant is not allowed to work in any occupation where she would have access to any third person's personal or financial information. The Court finds Defendants Motion should be **GRANTED** and her conditions of release are modified as follows:

Defendant will participate in home confinement program, including electronic monitoring, which will consist of a curfew to be determined by the pretrial services office. Defendant is restricted to her residence every day as directed by the pretrial services office or supervising officer. Defendant is to be allowed to seek and maintain employment. Any such employment must:

1. Be readily verifiable by the pretrial services office.

2. Not include any access to any third party's personal or financial information.

All other conditions of pretrial release shall remain in effect.

**SO ORDERED** this **2nd day of May 2014.**

    /s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE