IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                    Case No. 1:13-cr-10026

SANJUANNA AARON                                                             DEFENDANT

## ORDER

Before the Court is Defendant's Motion for Correction of the Record pursuant to Federal Rule of Appellate Procedure 10(c). (ECF No. 296). The Government has filed a response. (ECF No. 305). The Defendant has filed a reply. (ECF No. 306). Also before the Court is Defendant's Motion Seeking Approval of Evidence pursuant to Federal Rule of Appellate Procedure 10(c). (ECF No. 308). The Court finds these matters ripe for consideration.

On July 6, 2017, the Court sentenced Defendant to a term of thirty months of imprisonment after Defendant pleaded guilty to one count of Conspiracy to Defraud the United States pursuant to 18 U.S.C. § 286 and one count of Aggravated Identify Theft pursuant to 18 U.S.C. § 1028A(a)(1). (ECF No. 240). On July 10, 2017, Defendant filed a Notice of Appeal (ECF No. 242) arguing ineffective assistance of counsel because she was not adequately informed about how much prison time she could face as result of entering a guilty plea. Defendant subsequently filed the instant motions to prepare the record for appeal. However, on November 27, 2018, the Eighth Circuit Court of Appeals issued a mandate (ECF No. 317) affirming Defendant's conviction and sentence. Accordingly, Defendant's pending motions (ECF No. 296; ECF No. 308) should be and hereby are **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 17th day of December, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge